STEPHEN C. DRIES
U.S. MAGISTRATE JUDGE



2023 SEP 13 P 1:47

IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

CASSANDRA RAE HALTER,         Case No. **23-C-1219**

334 N 75th St #3

Milwaukee, WI 53213

        Plaintiff,        CIVIL COMPLAINT

-vs-

TARSHA WRIGHT

(WISCONSIN COMMUNITY SERVICES),

3734 W Wisconsin Ave

Milwaukee, WI 53208

        Defendant.

---

Comes now, Cassandra Halter, the above named plaintiff, in pro se, seeking declaratory and inductive relief for monetary damages against the defendant Tarsha Wright for the violation of the constitution and laws of the United States, and hereby asset as follows:

Nature of the Civil Action:

1. The plaintiff, Cassandra Halter, brings her action under color of state law against the Defendant and by intentionally opening up Plaintiff legal mail consisting of her child custody case. Also, damaging the Plaintiff as being a good mother to her child causing personal injury violating public disclosure of private facts, invasion of Plaintiff solitude on numerous occasions. These legal letter were open without the Plaintiff consent and the Defendant made photo copies of legal mail bragging that she had power over the Plaintiff to upset the Plaintiff mentally and physically, causing the Plaintiff to suffer and

irreparable injury by virtue of the Defendant's intentional acts, willful conduct, intentional action and normally knew the Plaintiff would suffer each day which is the cause of this civil action. The Plaintiff seeks declaratory and injunctive relief pursuant to Title 28 USC Section 2201 & 2202, Title 28 USC 65, (d) and damages pursuant to Title 42 USC 1983 and Title 28 USC Section 1343.
2. Plaintiff has sauted on all her available remedies that now recurs the 1983 acts against the Defendant. She called the United Postal Services and received a case number (case # 54484295) and asked them to inform the Defendant to stop opening up the Plaintiff's mail.

### Jurisdiction and Venue:

3. This action seeks declaratory and injunctive relief for violation of rights, privileges, and immunities secure under the 8th, 6th, and 14th Amendments of the Constitution of the United States and Title 42 USC Section 1983.
4. The court has jurisdiction of this action under Title 42 USC Section 1983 and 28 USC Section 1343. The jurisdiction of this court is further invoked pursuant to 14 USC Section 1331. The amount in controversy, exclusive of costs and interests, exceeds $10,000.
5. Venue is proper in the Eastern District of Wisconsin - pursuant to Title 28 USC Section 1391, B - which provides for venture in cases where venture is not based upon diversity of the citizenship in a judicial district where the defendant resides or where the claim arose. This action states claims that arise out of acts and transactions violating the plaintiff's rights privileges and immunities under the constitution of the United States all which occurred in the Eastern District of Wisconsin.
6. The common questions of law and fact include:
    a. Whether the Defendant had developed acts and practices opening up Plaintiff's letters without her consent or being in her presence - to cause Plaintiff to suffer irreparable injuries as stated at all times in the complaint.
    b. Whether the Defendant's conduct alleged in the Plaintiff's complaint is in violation of the 6th, 8th, and 14th Amendments to the United States Constitution and Title 42 USC 1983.
7. Plaintiff is and was at all times during the cause of his action a citizen of the State of Wisconsin. Defendant is and was at all times mentioned a case worker of the United States and a resident of the state of Wisconsin. The Defendant is sued individually and in her official capacity. At all times mentioned in this civil complaint the Defendant acted under color of state law.

### Statements of Facts:

a. December 9, 2022

b. December 16, 2022
   c. January 27, 2023
   d. March 10, 2023
   e. March 17, 2023
   f. April 28, 2023

All of the correspondence from these dates came from The Law Office of Cheryl Ward; therefore violating the attorney-client privilege, invaded her privacy, intruded on her confidential information meant for the addressee/Plaintiff's eyes only.

The Defendant stated " Here is [another] letter from your attorney. I made a copy of it and placed it in your file." as she handed the Plaintiff her opened mail; knowing that this was affecting the Plaintiff mentally and emotionally.

The Defendant's willful conduct, willful acts, intentional action, intentional infliction of pain, knowinging knew that she would cause the Plaintiff to sustain irreparable injury which is the cause of this civil action.

8. The Defendant knowingly knew that the Plaintiff was proceeding in court to gain custody of her child and the Defendant was trying to obtain information from the letters from the state to take away her child completely and to cause Plaintiff to suffer distress, severe heart pains, and headaches which forced the Plaintiff to spend unnecessary money on medication for such pains. The Plaintiff was also forced to take an Women's Power Group Program to speak upon such a tragic event of losing her child and with her case manager opening up her mail unlawfully (EMPHASIS-ADDED).
9. The Plaintiff completed the program that she was compelled to take and still suffers daily as she does not have her child in her life and has been missing her since December of 2022.
10. Plaintiff has a friend that always tries to comfort the Plaintiff from the pains and suffering as the Plaintiff went to her a numerous amount of time stressing her about how her legal mail was being opened without her consent. The Plaintiff's friend told her that this was a criminal case and how the Defendant should receive punishment for such malicious acts, under the color of state law.

## Relief Requested

Wherefore, Plaintiff respectfully prays that the court enter judgment granting Plaintiff:

1. A declaratory judgment that the Defendant's willful conduct, practices, intentional acts described herein this civil action are violative of Plaintiff's rights under the constitution of the United States by opening up her legal letters written to her;
2. That a permanent order stopping the Defendant from opening up her legal mail out of her presence;
3. Punitive damages in the amount of 275 thousand (275,000) from the Defendant;
4. Trial by jury on all issues triable by jury;

5. Plaintiff's loss of this civil action;
6. Such other further relief as the court may deem, proper and equitable.

Dated this day of 2023, August 30th

Respectfully Submitted,

_____
Plaintiff