UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CASSANDRA RAE HALTER,

       Plaintiff,

v.

**JUDGMENT IN A CIVIL CASE**

Case No. 23-cv-1219-pp

TARSHA WRIGHT,

       Defendant.

---

☐   **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑   **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

       **THE COURT ORDERS AND ADJUDGES** that the plaintiff's complaint, alleging that the defendant violated her civil rights, is **DISMISSED** under 28 U.S.C. §§1915(e)(2)(B) and 1915(b)(1)for failure to state a claim

       **THE COURT ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE**.

       Approved and dated in Milwaukee, Wisconsin this 20th day of May, 2024.

       **BY THE COURT:**

       _____
       **HON. PAMELA PEPPER**
       **Chief United States District Judge**

       GINA M. COLLETTI
       Clerk of Court

       s/ *Cary Biskupic*
       (by) Deputy Clerk